NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

Z. M.,                                          )
                                                )
                    Appellant,                  )
                                                )
v.                                              )
                                                )        Case No.  2D16-5211
K. L. R.,                                       )
                                                )
                    Appellee.                   )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas Ramsberger, Judge.

Zevon McCarter, pro se.

No appearance for Appellee.


PER CURIAM.


                    Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.